# GOTLIB LAW

March 20, 2025

*Via* ECF

The Honorable Jese M. Furman
United States District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to **April 10, 2025, at 2:30 p.m.** The Clerk of Court is directed to terminate Doc. #51.
>
> SO ORDERED.
>
> *[signature]*
>
> March 21, 2025

        Re:    *United States v. Patillo, et al.,* 23 Cr. 539 (JMF)

Dear Judge Furman

Together with Benjamin Silverman, I represent Ellis Patillo in the above-captioned matter pursuant to the Criminal Justice Act. I write, with the consent of the government, to respectfully request a two-day adjournment of Mr. Patillo's sentencing, which is currently scheduled for April 8, 2025, and a corresponding extension of the parties' sentencing submission deadlines. This is the first request for an adjournment of Mr. Patillo's sentencing. The reason for the requested adjournment is to allow the defense additional time to prepare Mr. Patillo's sentencing submission. Accordingly, I respectfully request that the Court adjourn Mr. Patillo's sentencing to April 10, 2025. We thank the Court for its consideration.

        Respectfully Submitted,

        /s/

        Valerie A. Gotlib

Cc:    All counsel of record (*via* ECF)